ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
APR 26 2005
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| MARVIN L. MALONE, #411853,  §<br>  Petitioner,  §<br>  §<br>v.  §<br>  §<br>DOUGLAS DRETKE, DIRECTOR, TDCJ-CID, §<br>  Respondent.  § | No. 3:03-CV-2204-N |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 26 day of Apr, 2005.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE